UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:14-cr-32-FtM-38DNF

JUAN GARCIA-APARICIO
_____

**ORDER**

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #29) filed on June 24, 2014.  Counsel moves the Court to advance the sentencing date currently scheduled for July 28, 2014.  As grounds, Counsel indicates the pre-sentence report has been disclosed and the Defendant is ready for sentencing.  The Government does not oppose the relief requested.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing Date (Doc. 29) is **GRANTED**. The Sentencing hearing shall be rescheduled to **July 7, 2014 at 9:30 A.M.** The Clerk is directed to issue a notice rescheduling the hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this June 25, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2